**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**CHRIS REED**                                                                                            **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO. 4:02CV287-P-B**

**CITY OF GREENWOOD, et al**                                                        **DEFENDANTS**

## ORDER

This cause is before the Court on the plaintiff's Motion to Exclude the Testimony of Dr. Wood C. Hiatt [114]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the defendants' response to the motion and Dr. Hiatt's accompanying affidavit.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Exclude the Testimony of Dr. Wood C. Hiatt [114] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 19th day of September, 2005.

                                                                           /s/ W. Allen Pepper, Jr.
                                                                           W. ALLEN PEPPER, JR.
                                                                           UNITED STATES DISTRICT JUDGE