**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CHRIS REED**                                                                             **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO. 4:02CV287**

**CITY OF GREENWOOD, A MUNICIPAL
CORPORATION, CURTIS LEE,
HENRY HARRIS, SOLOMON OSBORNE,
and JOHN DOES 1-10**                                         **DEFENDANTS**

## ORDER

This cause is before the Court on the municipal defendants' Motion in Limine to Exclude Inadmissable Expert Witness Testimony [185-1]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion should be granted in part and denied in part as set forth below:

Dr. Clyde Glenn:

    Page 29, line 17 through page 30, line 11 - Denied

Dr. Henry Flautt, Jr.

    Page 19, line 13 through page 20, line 3 - Denied

Elizabeth L. Rhea

    Page 6, lines 2-12 - Granted

    Page 14, lines 6-20 - Granted

    Page 28, line 19 through page 29, line 16 - Granted

Page 30, lines 1-15 - Granted

Page 31, line 18 through page 32, line 15 - Granted

Dr. Ronald Braswell

Page 7, lines 4-5 - Granted

Page 8, line 17 through page 9, line 11 - Denied

Page 30, lines 6-14 - Granted

Page 34, line 8 through page 36, line 7 - Denied

Dr. Adam I. Lewis[1]

Page 26, line 22 through page 27, line 3 - Denied

Page 27, lines 7-9 - Denied

Page 27, lines 12-15 - Denied

Page 27, lines 19-21 - Denied

Page 36, line 18 through page 38, line 3 - Denied as to Page 36, line 18 through

page 37, line 5; granted as to Page 37, line 6 through page 38, line 3

Page 38, lines 17-21 - Granted

Page 38, lines 23 through page 40, line 1 - Granted

Page 40, lines 9-11 - Granted

Page 40, lines 13-14 - Granted

Page 40, line 20 through page 43, line 7 - Denied as to Page 40, line 20 through page

---

[1] The instant ruling as to Dr. Lewis' designated testimony is intended to convey the Court's ruling only as to the issues raised by the instant motion; it in no way reflects on the merits of the plaintiff's pending Motion in Limine to Limit Testimony of Dr. Adam Lewis and Other Testimony Related Thereto.

42, line 9; granted as to Page 42, line 10 through page 43, line 7

Page 43, lines 12-19 - Granted

IT IS, THEREFORE, ORDERED AND ADJUDGED that the municipal defendants' Motion in Limine to Exclude Inadmissable Expert Witness Testimony [185-1] should be, and hereby is, GRANTED IN PART and DENIED IN PART, as set forth above.

SO ORDERED, this the 14th day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE