**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CHRIS REED**                                                                         **PLAINTIFF**

**VERSUS**                                                 **CIVIL ACTION NO. 4:02CV287**

**CITY OF GREENWOOD, A MUNICIPAL
CORPORATION, CURTIS LEE,
HENRY HARRIS, SOLOMON OSBORNE,
and JOHN DOES 1-10**                                      **DEFENDANTS**

## ORDER

This cause is before the Court on the parties' designation of the deposition testimony of witness Daniel Floyd and the pertinent objections thereto. The Court, having reviewed the transcript of the witness' testimony, the objections thereto and being otherwise fully advised in the premises, finds as follows, to-wit:

That the objections should be sustained in part and overruled in part as set forth below:

Page 7, lines 14 through 19 - Sustained

Page 9, lines 20 through 22 - Sustained

Page 10, lines 19 through 24 - Sustained

Page 16, lines 10 through 17 - Overruled

Page 16, lines 20 through 21 - Overruled

Page 18, lines 17 through 19 - Overruled

Page 18, line 20 - Sustained

Page 18, lines 21 through 25 - Overruled

Page 19, lines 1 through 12 - Overruled

Page 19, lines 19 through 25 - Overruled

Page 20, lines 1 through 21 - Overruled

Page 31, lines 8 through 16 - Overruled

Page 31, line 23 through page 32, line 1 - Overruled

Page 32, lines 8 through 22 - Overruled

Page 35, lines 6 through 20 - Overruled

Page 43, lines 6 through 10 - Sustained

Page 47, lines 9 through 11 - Sustained

Page 3, lines 6 through 23 - Sustained

Page 3, line 24 through page 4, line 13 - Overruled

Page 4, line 25 through page 5, line 1 - Overruled

Page 5, lines 2 through 3 - Sustained

Page 5, lines 4 through 5 - Overruled

Page 5, lines 6 through 8 - Sustained

Page 6, lines 3 through 13 - Sustained

Page 7, lines 2 through 4 - Sustained

IT IS, THEREFORE, ORDERED AND ADJUDGED that the parties' objections to various portions of the desposition testimony designated for presentation during trial are SUSTAINED IN PART AND OVERRULED IN PART, as set out above.

SO ORDERED, this the 12th day of March, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE