# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CHRIS REED**                                                                                                       **PLAINTIFF**

**VERSUS**                                                        **CIVIL ACTION NO. 4:02CV287-P-B**

**CITY OF GREENWOOD, MISSISSIPPI,**
**CURTIS LEE, JOHN DOES 1-10, HENRY nmi**
**HARRIS, SOLOMON OSBORNE**                                       **DEFENDANTS**

## FINAL JUDGMENT

**Jury Verdict:** This action came before the Court for a trial by jury, Honorable W. Allen Pepper, Jr., presiding, and the issues having been tried and the jury having duly rendered its verdict.

**IT IS ORDERED AND ADJUDGED:**

That plaintiff Chris Reed recover of the defendants as follows in accordance with the jury's verdict:

Defendant Henry Harris the sum of $1,000.00, with interest thereon at the rate of 4.93% as provided by law; and

Defendant Solomon Osborne, the sum of $55,000.00 in compensatory damages, plus the sum of $25,000 punitive damages, with interest thereon at the rate of 4.93% as provided by law; together with his costs of action.

**Non-jury Trial:** This action also came before the Court for a nonjury trial on plaintiff's claim brought under the Mississippi Tort Claims Act, Honorable W. Allen Pepper, Jr., presiding, and the issues having been tried and this Court having entered its Findings of Fact and Conclusions

1

of Law.

**IT IS ORDERED AND ADJUDGED:**

That the plaintiff take nothing on his claim under the Mississippi Tort Claims Act, that the claim be dismissed on the merits, and that defendants Curtis Lee and City of Greenwood, Mississippi recover of the plaintiff Chris Reed their costs of action.

**SO ORDERED AND ADJUDGED**, this the 8th day of February, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE