**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CHRIS REED**                                                                                              **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 4:02CV287**

**CITY OF GREENWOOD, et al**                                     **DEFENDANTS**

**ORDER**

This cause is before the Court on defendant Harris' Motion to Supplement Trial Record [280]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Harris' Motion to Supplement Trial Record [280] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is to supplement the record herein with the municipal defendants' Objections to Plaintiff's Jury Instructions. Said objections are attached hereto as Exhibit A.

SO ORDERED, this the 23rd day of June, 2008.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                  W. ALLEN PEPPER, JR.
                                                                  UNITED STATES DISTRICT JUDGE